

**INSPECTOR GENERAL**
DEPARTMENT OF DEFENSE
DEFENSE CRIMINAL INVESTIGATIVE SERVICE

August 2, 2021

**CHU, ALICE (et al.)**

**INTERVIEW OF JULIE SONG:**



**Designation Indicator:**

**Controlled by:** DCIS
**CUI Category:** INV
**Limited Dissemination Control:** DL Only
**POC:**

WARNING
This document is the property of the Department of Defense Office of Inspector General, Defense Criminal Investigative Service (DCIS).  Distribution of this document to other entities without authorization from DCIS is prohibited.

DCIS Form 1

April 2021

CUI

4

Song was then asked to discuss Chu's condo purchases in Fort Lee. Song indicated that Chu bought two condos (Unit 6P and Unit 9D) at the Atrium. One of the condos (9D) was purchased for Chu's son. Additionally one of the condos was put in Chu's son's name. Chu requested to borrow money from Song to make the purchase. Song did not have the money at the time so the money was borrowed from Song's sister Jessica. Chu needed a larger down payment. Song stated that Chu paid back the money within a couple months.

Song was asked to review Attachment 3, Attachment 4, Attachment 5, and Attachment 6. Song confirmed that Attachment 3 was a check made out to her on 1/18/2018 in the amount of $50,000 from Chu. Song stated that she did not know why Chu wrote it was for a "personal loan" because it Chu never loaned her $50,000. Song confirmed that she signed the check (Attachment 4) dated 1/24/2018 in the amount of $50,000 which was made out to Chu's son Jun Lee. Song stated that she does not know why she wrote "gift" on the check but confirmed that she never gifted Chu or her son $50,000. Song stated that money was for Chu's condo purchase. Song stated that she did not recall Jun giving her the check (Attachment 5) dated 4/3/2018 in the amount of $15,025. Song confirmed that check (Attachment 6) dated 1/25/2018 in the amount of $60,000 was the check given to Jun Lee from Song's sister. Song stated that she does not know why it says "gift" on the check but confirmed the money was actually a loan to Chu. Song stated that Chu could only obtain a loan for the down payment from a family member so the check from her sister was written to Chu's son which then allowed Chu's son to give her the loan for the down payment. When asked if Jessica knew Chu, Song stated that Jessica met Chu through her and that Jessica may have seen Chu as a patient at one time. Additionally, Chu and Jessica may have hung out a few times. Song again stated that the check written to Jun Lee was so that he could give his mother for the purchase of the condo because Chu needed to follow the bank rules on showing where the loan came from. Song did not recall why the checks were made out the way they were because they never loaned or gifted that large amount of money to each other. Song expressed a concern for herself and her sister for being involved with the loan to Chu.

WARNING
This document is the property of the Department of Defense Office of Inspector General, Defense Criminal Investigative Service (DCIS). Distribution of this document to other entities without authorization from DCIS is prohibited.

DCIS Form 1                                CUI

April 2021



**Attachments:**

3. Check dated 1/18/2018 from Chu to Julie Song
4. Check dated 1/24/2018 from Song to Jun H. Lee
5. Check dated 4/3/2018 from Jun H. Lee to Julie Song
6. Check dated 1/25/2018 from Jessica Song to Jun H. Lee

Prepared by:  SA Meghan Marino, 10NJ

MARINO.MEGHAN.G. Digitally signed by MARINO.MEGHAN.G.
Date: 2021.08.06 11:59:24 -04'00'

Approved by:  Richard Monticello, 10NJ

DERADO.PETER.DAMIAN Digitally signed by DERADO.PETER.DAMIAN
Date: 2021.08.06 12:18:59 -04'00'

**WARNING**
This document is the property of the Department of Defense Office of Inspector General, Defense Criminal Investigative Service (DCIS).  Distribution of this document to other entities without authorization from DCIS is prohibited.





Julie J Song

1790
55-136/312
770

Date: 1, 24, 2018

Pay to the Order of: Jun H. Lee    $ 50,000.—

Fiftythousand dollas — // — Dollars

TD Bank
America's Most Convenient Bank®

For: Gift

1790



