

**1512 PALISADE AVE. #6P**

| Sr1a | Date | Book | Page | Price | NU# | Ratio | Grantee |
|---|---|---|---|---|---|---|---|
| More Info | 04/02/18 | 2912 | 1893 | 750000 | 13 | 145.33 | LEE, JUN HEE |
| More Info | 12/28/20 | 3928 | 224 | 1280000 | | 85.16 | |

