UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LAW OFFICES OF ALAN L. ZEGAS**
60 Morris Turnpike, 3rd Floor West
Summit, New Jersey 07901
(O) 973-379-1999
(F) 973-379-1998
Attorneys for Defendant, Alice Chu
Attorney I.D. 02133-1981

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALICE CHU,<br><br>Defendant. | CRIMINAL ACTION<br><br>Criminal No.: 2:19-cr-00678-WJM<br><br>**SUBSTITUTION OF ATTORNEY** |

Mark A. Berman, Esq., Hartman, Doherty, Rosa, Berman & Bulbulia, LLC attorneys for Defendant Alice Chu, hereby consents to the substitution of the Law Offices of Alan L. Zegas, as new attorneys for Alice Chu.

HARTMAN, DOHERTY, ROSA, BERMAN & BULBULIA, LLC

_Mark A. Berman_
Withdrawing Attorney
Dated: 4/12/2022

LAW OFFICES OF ALAN L. ZEGAS

_Alan L. Zegas_
New Attorneys for Alice Chu
Dated: APRIL 12, 2022