# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ALICE CHU** | Criminal No.: 19-cr-0678-WJM<br><br>**ORDER** |

**WILLIAM J. MARTINI, U.S.D.J.:**

  **THIS MATTER** comes before the Court on the motion (the "Motion") by Defendant Alice Chu ("Defendant") to for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure. ECF No. 111. The Court has considered Defendant's Motion and the parties' submissions with respect thereto. For the reasons set forth in the accompanying Opinion, **IT IS** on this 28th day of June 2022, **ORDERED** as follows:

  1. Defendant's Motion, ECF No. 111, is **DENIED.**


           */s/ William J. Martini*
           **WILLIAM J. MARTINI, U.S.D.J.**