

**FASULO BRAVERMAN & DI MAGGIO, LLP**
ATTORNEYS AT LAW

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com
SBraverman@FBDMLaw.com

July 6, 2022

To:   Clerk of Court

Re:   *United States v. Alice Chu*
Dkt.: 19-0678-WJM

Greetings:

Please take notice that, subject to approval by the Court, the defendant in the above matter has retained Samuel M. Braverman, Esq., of Fasulo Braverman & Di Maggio, LLP as counsel in the above matter and defendant seeks leave of the Court to have prior counsel Alan L. Zegas, Esq., relieved as counsel. I consent to the change of counsel.

Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

I, the defendant in the above captioned matter, consent to the change of counsel from Alan L. Zegas, Esq., to Samuel M. Braverman, Esq.

Alice Chu

I, the attorney of record in the above captioned matter, consent to the change of counsel. I ask to be relieved as counsel as my client has retained new counsel in this matter. I will provide the client's file to new counsel with all due haste.

Alan L. Zegas, Esq.

1

225 Broadway, Suite 715
New York, New York 10007
Tel (212) 566-6213
Fax (212) 566-8165

505 Eighth Avenue, Suite 300
New York, New York 10018
Tel (212) 967-0352
Fax (201) 596-2724

1086 Teaneck Road, Suite 3A
Teaneck, New Jersey 07666
Tel (201) 569-1595
Fax (201) 596-2724