UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**                                   **DATE:** 12/19/22

Court Reporter: Sara Killian

Court Clerk: Gail Hansen

Other:

2:19-cr-678-01

United States

v.

Alice Chu

----------------------------------

**Appearances:**

AUSA Rebecca Yuan

Samuel Braverman, Counsel for Defendant

Defendant present

NATURE OF PROCEEDINGS: **HEARING ON MOTION FOR NEW TRIAL**

**Defendant's motion for a new trial is denied; Opinion to be filed regarding newly discovered evidence; motion regarding ineffectiveness of counsel- Decision Reserved.**

**Sentencing scheduled for 2/9/23 at 12 noon; memos due 1/13/23 and may be supplemented, if necessary.**

**Hrg on Defendant's application for removal of location monitoring device for medical procedure. Application denied; Defendant should discuss with Pretrial Services.**

**Ordered bail continued.**

Gail A. Hansen, Deputy

Time Commenced: 10:00 a.m.
Time Concluded: 10:45 a.m.

Total Time: 45 minutes