DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. |
| v. | |
| | **SENTENCING SUBMISSION NOTICE** |
| | **OF THE UNITED STATES** |
| Defendant(s). | |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant                                    .

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

Date:

By: _____

REBECCA YUAN
Acting Assistant Chief
NICHOLAS K. PEONE
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice