UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| | : | |
| v. | : | Crim. No. 19-cr-678 (WJM) |
| | : | |
| ALICE CHU | : | |

## **VERDICT SHEET**

### **COUNT 1 (Conspiracy to Commit Health Care Fraud)**

With respect to Count 1 of the Superseding Indictment, we the jury unanimously find Alice Chu:

**NOT GUILTY** _____        **GUILTY** ✓_____

### **COUNT 2 (Health Care Fraud)**

With respect to Count 2 of the Superseding Indictment, we the jury unanimously find Alice Chu:

**NOT GUILTY** _____        **GUILTY** ✓_____

### **COUNT 3 (Health Care Fraud)**

With respect to Count 3 of the Superseding Indictment, we the jury unanimously find Alice Chu:

**NOT GUILTY** _____        **GUILTY** ✓_____

### **COUNT 4 (Health Care Fraud)**

With respect to Count 4 of the Superseding Indictment, we the jury unanimously find Alice Chu:

**NOT GUILTY** _____        **GUILTY** ✓_____

## COUNT 5 (Health Care Fraud)

With respect to Count 5 of the Superseding Indictment, we the jury unanimously find Alice Chu:

**NOT GUILTY** _____          **GUILTY** \_\_\_\_✓\_\_\_

## COUNT 6 (Health Care Fraud)

With respect to Count 6 of the Superseding Indictment, we the jury unanimously find Alice Chu:

**NOT GUILTY** _____          **GUILTY** \_\_\_✓\_\_\_

## COUNT 7 (Receipt of Health Care Kickbacks)

With respect to Count 7 of the Superseding Indictment, we the jury unanimously find Alice Chu:

**NOT GUILTY** \_\_\_✓\_\_\_          **GUILTY** _____

## COUNT 8 (Receipt of Health Care Kickbacks)

With respect to Count 8 of the Superseding Indictment, we the jury unanimously find Alice Chu:

**NOT GUILTY** \_\_\_✓\_\_\_          **GUILTY** _____

Date: \_\_3/8/22\_\_