DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALICE CHU<br><br>Defendant(s). | Criminal No.  19-cr-678<br><br>SENTENCING SUBMISSION NOTICE OF THE UNITED STATES |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  ALICE CHU                                   .

Date:   January 23, 2023

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By:   /s/ Nicholas K. Peone
_____
REBECCA YUAN
Acting Assistant Chief
NICHOLAS K. PEONE
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice