

| | |
|---|---|
| | *United States Attorney*<br>*Criminal Division, Fraud Section*<br>**U.S. Department of Justice** |
| *Nicholas K. Peone*<br>*Trial Attorney* | *970 Broad Street, Suite 700*   *(202) 923-7818*<br>*Newark, New Jersey 07102* |

**VIA E-MAIL & ECF**                                      February 8, 2023

The Honorable William J. Martini
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:   *United States v. Alice Chu,* Crim. No. 19-678 (WJM)

Dear Judge Martini:

    Defendant Alice Chu's sentencing hearing is set for February 9, 2023 at 10:30 a.m. Attached for the court's consideration is a proposed order of forfeiture.

                       Respectfully submitted,

                       GLENN S. LEON
                       Chief
                       Criminal Division, Fraud Section
                       U.S. Department of Justice

                       */s/ Nicholas Peone*
       By:  Rebecca Yuan
             Acting Assistant Chief
             Nicholas K. Peone
             Trial Attorney
             U.S. Department of Justice
             Criminal Division, Fraud Section

cc: Defense counsel (via E-Mail & ECF)