

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com
SBraverman@FBDMLaw.com

Re: *United States v. Alice Chu*
Dkt.: 19 Cr 678

Please take notice that the following attorney gives her appearance for the defendant in the above matter as ASSOCIATE COUNSEL.

Jae Eun Choi Jin Esq.
JC LAW
1250 Broadway FL 36,
New York, New York 10001

Ms. Choi does not replace Sam Braverman (LEAD COUNSEL).

Samuel M. Braverman, Esq.
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213