UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

## MINUTES OF PROCEEDINGS

**JUDGE WILLIAM J. MARTINI**                                   **DATE:** 2/9/23

Court Reporter: Sara Killian

Court Clerk: Gail Hansen

Other:

                                   2:19-cr-678-01

United States

v.

Alice Chu

----------------------------------

**Appearances:**

AUSA Rebecca Yuan and Nicholas Peone

Samuel Braverman and Jae Eun Choi Jin, Counsel for Defendant

Defendant present

NATURE OF PROCEEDINGS: **SENTENCING**

**Jun Lee – on behalf of Alice Chu**
**Wom Hee Lee – on behalf of Alice Chu**

**Imprisonment: 21 months on each of Counts 1,2,3,4,5, and 6 all such terms to run concurrently**
**Supervised Release: 2 years on each of Counts 1,2,3,4,5 and 6 all such terms to run concurrently**
**Special Conditions:**
  1. **Financial Disclosure**
  2. **New Debt Restrictions**
  3. **Mental Health Treatment**
  4. **Self-Employment Disclosure**
**Fine Waived**
**Special Assessment: Total $600. $100 on each of Counts 1,2,3,4, 5 and 6**
**Defendant advised of her right to appeal**
**Restitution & Forfeiture hearing on 3/7/23 at 11:00 a.m. Written submissions due 3/1/23**
**Ordered voluntary surrender permitted**

**Ordered all previously bail continues will remain in full force and effect.**

                                                Gail A. Hansen, Deputy

Time Commenced: 10:30 a.m.
Time Concluded: 1:00 p.m.

Total Time: 2 hours 30 minutes