DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALICE CHU<br><br>Defendant(s). | Criminal No. 19-cr-678<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant ALICE CHU.

Date:  March 1, 2023

GLENN S. LEON
Chief
Criminal Division, Fraud Section
U.S. Department of Justice

By:  /s/ Nicholas K. Peone

REBECCA YUAN
Acting Assistant Chief
NICHOLAS K. PEONE
Trial Attorney
Criminal Division, Fraud Section
U.S. Department of Justice