UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------

UNITED STATES OF AMERICA                    2:19-cr-00678-01 WJM

                                                 O R D E R
v.


ALICE CHU,

              Defendant.
---------------------------


    Before the Court is Defendant's Letter motion (ECF 151) to extend her surrender date for an additional thirty (30) days.

    It is on this 21st day of March 2023

    ORDERED motion denied.


                              WILLIAM J. MARTINI, U.S.D.J.